**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. ) <br> and SCR PHARMATOP, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> FRESENIUS KABI USA, LLC ) <br> ) <br> Defendant. ) | Case Number: 1:13-cv-00453 |

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL**

**RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Cadence Pharmaceuticals, Inc. and SCR Pharmatop voluntarily dismiss, without prejudice, their complaint against Defendant Fresenius Kabi, USA, LLC, filed on January 18, 2013.

Defendant Fresenius Kabi, USA, LLC has not answered the complaint, nor filed a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully Submitted,

Dated: March 11, 2013

LATHAM & WATKINS

/s/Kenneth G. Schuler_ *with permission*
Kenneth G. Schuler
Marc N. Zubick
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
(312) 876-7700

*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*

/s/Adam T. Waskowski
Andrew D. Campbell
Adam T. Waskowski
NOVACK AND MACEY LLP
100 North Riverside Plaza, Suite 1500
Chicago, Illinois 60606
(312) 419-6900

*Local Counsel for Plaintiff SCR Pharmatop*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 40(a)(1)(A)(i) was filed via the Court's CM/ECF Online filing system and was served on all counsel of record via the Court's CM/ECF system on this 11th day of March 2013.

/s/Adam T. Waskowski
Adam T. Waskowski